# EXHIBIT 6

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IRON PASHA INC., | § | |
| Plaintiff, | § | No. _____ |
| | § | |
| v. | § | ADMIRALTY |
| | § | |
| SHANGHAI GRAND CHINA SHIPPING; | § | |
| DEVELOPMENT CO. LTD; | § | |
| HONG KONG CHAIN GLORY; | § | |
| SHIPPING CO., LTD; GRAND CHINA; | § | |
| LOGISTICS HOLDING (GROUP) COMPANY | § | |
| LIMITED | § | |
| | § | |
| Defendants. | § | |

**ATTORNEY DECLARATION THAT DEFENDANTS
CANNOT BE FOUND IN THE DISTRICT**

Pursuant to 28 U.S.C. § 1746, this declaration is executed by George A. Gaitas, counsel for Plaintiff, IRON PASHA INC., in order to secure the issuance of a Summons and Process of Maritime Attachment and Garnishment in the above-captioned Admiralty Cause. I, George A. Gaitas, declare under the penalty of perjury:

I am a Member of the firm of CHALOS & CO, P.C., attorneys for Plaintiff in the above referenced matter.

I am familiar with the contents of the Original Verified Complaint, and I submit this declaration in support of Plaintiff's request for the issuance of Process of Maritime Attachment and Garnishment of the property of the Defendants, SHANGHAI GRAND CHINA SHIPPING DEVELOPMENT CO. LTD (hereinafter "DEVELOPMENT"); HONG KONG CHAIN GLORY SHIPPING CO., LTD (hereinafter "CHAIN GLORY"); GRAND CHINA LOGISTICS HOLDINGS (GROUP) COMPANY LIMITED (hereinafter "GRAND CHINA LOGISTICS"),

1

pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

I have personally inquired or have directed inquiries into the presence of the Defendants in this District.

I have directed attorneys in my firm to check with the office of the Louisiana Secretary of State, using the Secretary of State's database, to determine whether the Defendants can be located within this District. SHANGHAI GRAND CHINA SHIPPING DEVELOPMENT CO. LTD is not currently registered with the Louisiana Secretary of State. It was formerly registered, however its registration was revoked on September 15, 2015. HONG KONG CHAIN GLORY, CO. LTD. was never registered with the Louisiana Secretary of State. GRAND CHINA LOGISTICS was formerly registered with the Louisiana Secretary of State, however its registration was revoked on September 15, 2015. Accordingly, I have determined that, as of the date of my signing this declaration, none of the Defendants are incorporated or registered as foreign corporations pursuant to the laws of Louisiana, and have neither nominated nor appointed any agent for the service of process within this District.

I have directed attorneys in my firm to engage a search of the Superpages telephone directory on the internet, and determined that there are no telephone listings or addresses for the Defendants within this District.

I have directed attorneys in my firm to engage in a Google search as to whether the Defendants can be currently located within this District. The Google search results did not produce any results showing any of the Defendants being located in the District.

I am unaware of any general or managing agent(s) of the named Defendants within this District.

In that I have been able to determine that the Defendants have not appointed an agent for service of process within the Middle District of Louisiana and that I have found no indication that the Defendants have sufficient contacts or business activities within this District and do not have any offices or agents within this District to defeat maritime attachment under Rule B of the Supplemental Rules for Admiralty or Maritime Claims as set forth in the Federal Rules of Civil Procedure.

It is my belief, based upon an investigation performed by attorneys in my firm under my direction that the Defendants cannot be found within this District for the purposes of Rule B of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Respectfully submitted,

Date: November 16, 2015
Houston, TX

CHALOS & CO, P.C.

By: *[signature]*
George A. Gaitas
LSBA No. 05879
Federal Bar No. 705176
7210 Tickner Street
Houston, Texas 77055
Telephone: 713-936-2427
Fax: 866-702-4577
E-mail: gaitas@chaloslaw.com

*Attorneys for Plaintiff*
IRON PASHA, INC.