UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IRON PASHA, INC.                                CIVIL ACTION

VERSUS

SHANGHAI GRAND CHINA SHIPPING,       NO.: 15-00770-BAJ-SCR
ET AL.

ORDER

Before the Court is a **Motion in Support of Issuance of Process of Maritime Attachment and Garnishment (Doc. 3)**, filed by Plaintiff, Iron Pasha, Inc. ("Plaintiff"), seeking a garnishment of debts owed by HNA Group Co. Ltd. ("HNA Group") to Defendants Shanghai Grand China Shipping Development Co., Ltd. ("Grand China Shipping"), Hong Kong Chain Glory Shipping Co., Ltd. ("Chain Glory"), and Grand China Logistics Holding (Group) Co. Ltd. ("Grand China Logistics"). Having considered the subject Motion and Plaintiff's Verified Complaint (Doc. 1), together with the Attorney Declaration (Doc. 1-6) that Defendants cannot be found in the District, the Court finds that the conditions of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist.

Accordingly,

**IT IS ORDERED** that the Clerk of Court issue a Process of Maritime Attachment and Garnishment against all property, tangible or intangible, belonging to Defendants Grand China Shipping, Chain Glory, and Grand China Logistics, comprised of debts, credits, or effects in the hands of HNA Group, the designated

Garnishee. The property subject to the Process of Maritime Attachment and Garnishment includes the acknowledged debts owed by HNA Group to Defendants Grand China Logistic and Grand China Shipping, including: (1) debts owed to Grand China Logistics in the amount of Chinese Yuan Renminbi 887,397,000, which is the exchange equivalent of approximately USD $140,000,000 (one hundred forty million dollars); and (2) debts owed to Grand China Shipping in the amount of Chinese Yuan Renminbi 4,025,000, which is the exchange equivalent of approximately USD $633,160 (six hundred thirty three thousand one hundred and sixty dollars), and any loan repayments. HNA Group's accounts payable to the Defendants, whether matured or not, are subject to the Process of Maritime Attachment and Garnishment up to the amount of USD $1,142,160.84, pursuant to Supplemental Rule B.

**IT IS FURTHER ORDERED** that the Process of Maritime Attachment and Garnishment be issued to the Court Appointed Special Process Server and served to HNA Group's designated agent for service of process in Louisiana: CT Corporation System at 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816. HNA Group, as the Garnishee, shall be required to answer to the Process of Maritime Attachment and Garnishment as provided in Rule B(3)(a).

**IT IS FURTHER ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Order is entitled to move for a prompt hearing under Rule F(4)(f), in which Plaintiff shall be required to show why the attachment or garnishment should not be vacated or other relief granted.

**IT IS FURTHER ORDERED** that a copy of this Order be attached to and served with the Process of Maritime Attachment and Garnishment and the Verified Complaint (Doc. 1).

Baton Rouge, Louisiana, this 20th day of November, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**