UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IRON PASHA INC., § | | |
| Plaintiff, § | No. 3:15-cv-770-BAJ-SCR | |
| § | | |
| v. § | ADMIRALTY | |
| § | | |
| SHANGHAI GRAND CHINA SHIPPING; § | | |
| DEVELOPMENT CO. LTD; § | | |
| HONG KONG CHAIN GLORY; § | | |
| SHIPPING CO., LTD; GRAND CHINA; § | | |
| LOGISTICS HOLDING (GROUP) COMPANY § | | |
| LIMITED § | | |
| § | | |
| Defendants. § | | |

### PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

**TO:**  **TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF LOUISIANA OR OTHER SPECIALLY DESIGNATED PROCESS SERVER**

**GREETING:**

**WHEREAS**, Plaintiff, IRON PASHA INC., filed a Verified Complaint in the United States District Court for the Middle District of Louisiana on November 17, 2015 with a claim against Defendants, SHANGHAI GRAND CHINA SHIPPING DEVELOPMENT CO., LTD; HONG KONG CHAIN GLORY SHIPPING CO., LTD; GRAND CHINA LOGISTICS HOLDING (GROUP) COMPANY LIMITED, in an amount of **USD $1,142,160.84**, together with interest, costs and attorney fees, with a prayer for process to attach said Defendants' tangible and intangible personal property, accompanied by a Declaration pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure stating that, to the best of declarant's knowledge, or on information and belief, the Defendants cannot be found within the District, together with a Motion for Issuance of Process of Maritime Attachment and Garnishment, and:

**WHEREAS**, the Court reviewed the Verified Complaint and Declaration and found that the conditions of Rule B appeared to exist and entered an Order so stating and authorizing the issuance of process of maritime attachment and garnishment;

**NOW THEREFORE**, we hereby do empower, strictly charge and command you, the Marshal or other person or organization so designated, that if said defendants cannot be

found within the District, that you attach the following up to **USD $1,142,160.84** as per Supplemental Rule E(4): All tangible or intangible property of Defendants SHANGHAI GRAND CHINA SHIPPING DEVELOPMENT CO., LTD; HONG KONG CHAIN GLORY SHIPPING CO., LTD; and GRAND CHINA LOGISTICS HOLDING (GROUP) COMPANY LIMITED. comprised of debts, credits, or effects in the hands of the garnishees hereunder named including but not limited to: the debt or debts owed by HNA Group Co., Limited to the said Defendants' and any loan repayments, accounts payable, by the said HNA Group Co., Limited, and the same property be attached, pursuant to Supplemental Rule B in order to pay Plaintiff's damages as it may be in the hands or control of garnishees or in the hands or control of specific garnishees, to wit: HNA Group Co., Limited, c/o their registered agent CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816, and/or any other garnishee within this district.

You are also directed to notify the said garnishees that:

1. A suit with process of maritime attachment and garnishment has been commenced against the Defendants SHANGHAI GRAND CHINA SHIPPING DEVELOPMENT CO., LTD; HONG KONG CHAIN GLORY SHIPPING CO., LTD; GRAND CHINA LOGISTICS HOLDING (GROUP) COMPANY LIMITED,;

2. The garnishee is required to file in the office of the Clerk of the United States District Court for the Middle District of Louisiana within twenty (21) days from the service of this Writ, an answer, under oath, in accordance with the requirements of Rule B(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions setting forth in detail all debts owing by the garnishee to the Defendants SHANGHAI GRAND CHINA SHIPPING DEVELOPMENT CO., LTD; HONG KONG CHAIN GLORY SHIPPING CO., LTD; and/or GRAND CHINA LOGISTICS HOLDING (GROUP) COMPANY LIMITED; and to serve a copy of the said answer to the attorney for the Plaintiff together with a copy of the garnishee's answer's under oath to the interrogatories served with the Process of Maritime Attachment and Garnishment.

Garnishee may, pursuant to Supplemental Rule B(3)(a) for Admiralty or Maritime Claims and Asset Forfeiture Actions, deposit any property, including loan payments owed to any Defendant, into the registry of the court for the Middle District of Louisiana.

**WITNESS**, the Honorable Judge __Jackson__, Judge of said Court, this __24th__ day of November, 2015.

So Issued this __24th__ day of November, 2015

Michael L. McConnell
**United States District Clerk for the Middle District of Louisiana**

By: _Janice LeBlanc_
Deputy Clerk