UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IRON PASHA, INC.                                    CIVIL ACTION

VERSUS

SHANGHAI GRAND CHINA                                NO.:15-00770-BAJ-SCR
SHIPPING, ET AL.

## ORDER AND RULING

Considering the **Notice of Dismissal Without Prejudice (Doc. 15)** filed by Plaintiff, Iron Pasha, Inc.,

**IT IS ORDERED** that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 6th day of January, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA